U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ENTERED
THE DATE OF ENTRY IS
ON THE COURTS DOCKET
TAWANA C. MARSHALL, CLERK

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| | ) | |
| MIRANT CORPORATION, et al., | ) | Case No. 03-46590(DML)11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### FINAL DECREE CLOSING CERTAIN CHAPTER 11 CASES PURSUANT TO SECTION 350 OF THE BANKRUPTCY CODE AND RULE 3022 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

On March 7, 2007, the Court having heard the *Motion For Final Decree Pursuant To Section 350 Of The Bankruptcy Code And Rule Of The Federal Rules Of Bankruptcy Procedure 3022* (the "Motion")[1] filed by the New Mirant Entities seeking the entry of a final decree closing the chapter 11 cases of the Fully-Administered Entities; and it appearing that this Court has jurisdiction to consider this Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and this Motion is proper in this district in accordance with 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given as set forth on the certificate of service annexed to the Motion and the affidavit filed by Bankruptcy Services LLC; and it appearing that no other or further notice is necessary;

---

[1] Capitalized terms not otherwise defined herein have those meanings ascribed to such terms in the Motion.

— 1 —

**IT HEREBY IS ORDERED THAT:**

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that the chapter 11 cases of the Fully-Administered Entities, as reflected on Exhibit 1 hereto, are hereby **CLOSED**, effective as of the date hereof, without prejudice to the rights of the New Mirant Entities or any other party in interest to seek to reopen such cases for good cause shown, and the Clerk of Court may forward all records to the official record center; and it is further

**ORDERED**, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

**IT IS SO ORDERED.**

DATED: 3/7/07

_____
HONORABLE D. MICHAEL LYNN
UNITED STATES BANKRUPTCY JUDGE

— 2 —

LOS ANGELES 610913 (2X)

# EXHIBIT 1

| Entity | Case Number |
|---|---|
| Mirant Capital Management, LLC | 03-46622 |
| Mirant Central Texas, LP | 03-46624 |
| Mirant D.C O&M, LLC | 03-46627 |
| Mirant Danville, LLC | 03-46628 |
| Mirant Gastonia, LLC | 03-46632 |
| Mirant Michigan Investments, Inc. | 03-46638 |
| Mirant Mid-Atlantic Services, LLC | 03-46639 |
| Mirant New England, Inc | 03-46640 |
| Mirant Parker, LLC | 03-46643 |
| Mirant Peaker, LLC | 03-46644 |
| Mirant Sugar Creek Holdings, Inc. | 03-46651 |
| Mirant Sugar Creek Ventures, Inc. | 03-46652 |
| Mirant Texas Investments, Inc. | 03-46654 |
| Mirant Wichita Falls Investments, Inc. (n/k/a Mirant Wichita Falls Investments, LLC) | 03-46657 |
| Mirant Wichita Falls Management, Inc (n/k/a Mirant Wichita Falls Management, LLC) | 03-46658 |
| Mirant Americas Energy Marketing Investments, Inc. (n/k/a Mirant Americas Energy Marketing Investments, LLC) | 03-46599 |
| Mirant Las Vegas, LLC | 03-46635 |
| Mirant Texas, LP | 03-46656 |
| Mirant Texas Management, Inc (n/k/a Mirant Texas Management, LLC) | 03-46655 |
| Shady Hills Power Company, L.L C. | 03-46662 |
| Mirant Sugar Creek, LLC | 03-46653 |

LOSANGELES 610913 (2K)

| Entity | Case Number |
|---|---|
| West Georgia Generating Company, L.L.C. | 03-46663 |
| Mirant Zeeland, LLC | 03-46661 |
| Puerto Rico Power Investments, Ltd. | 03-47929 |
| Mirant EcoElectrica Investments I, Ltd. | 03-47927 |
| Mirant Americas Production Company (n/k/a MRAPC, LLC) | 03-46616 |
| Mirant Americas Development, Inc. (n/k/a MRAD, LLC) | 03-46598 |
| Mirant Americas Development Capital, LLC (n/k/a MRADC, LLC) | 03-46597 |
| Mirant Americas Energy Capital, LP (n/k/a MRAEC, LLC) | 03-91079 |
| Mirant Americas Energy Capital Assets, LLC (n/k/a MRAECA, LLC) | 03-91081 |
| Mirant Americas Retail Energy Marketing, LP (n/k/a MRAREM, LP) | 03-46617 |
| Mirant Americas Gas Marketing I, LLC (n/k/a MRAGM I, LLC) | 03-46600 |
| Mirant Americas Gas Marketing II, LLC (n/k/a MRAGM II, LLC) | 03-46601 |
| Mirant Americas Gas Marketing III, LLC (n/k/a MRAGM III, LLC) | 03-46602 |
| Mirant Americas Gas Marketing IV, LLC (n/k/a MRAGM IV, LLC) | 03-46603 |
| Mirant Americas Gas Marketing V, LLC (n/k/a MRAGM V, LLC) | 03-46604 |
| Mirant Americas Gas Marketing VI, LLC (n/k/a MRAGM VI, LLC) | 03-46605 |
| Mirant Americas Gas Marketing VII, LLC (n/k/a MRAGM VII, LLC) | 03-46606 |

LOSANGELES 610913 (2K)

| Entity | Case Number |
|---|---|
| Mirant Americas Gas Marketing VIII, LLC (n/k/a MRAGM VIII, LLC) | 03-46607 |
| Mirant Americas Gas Marketing IX, LLC (n/k/a MRAGM IX, LLC) | 03-46608 |
| Mirant Americas Gas Marketing X, LLC (n/k/a MRAGM X, LLC) | 03-46609 |
| Mirant Americas Gas Marketing XI, LLC (n/k/a MRAGM XI, LLC) | 03-46610 |
| Mirant Americas Gas Marketing XII, LLC (n/k/a MRAGM XII, LLC) | 03-46611 |
| Mirant Americas Gas Marketing XIII, LLC (n/k/a MRAGM XIII, LLC) | 03-46612 |
| Mirant Americas Gas Marketing XIV, LLC (n/k/a MRAGM XIV, LLC) | 03-46613 |
| Mirant Americas Gas Marketing XV, LLC (n/k/a MRAGM XV, LLC) | 03-46614 |

LOSANGELES 610913 (2K)